# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAN PERRY

VERSUS

ANPAC LOUISIANA INSURANCE
COMPANY

NO.  2022 CW 0891

**AUGUST 29, 2022**

---

In Re:   Anpac  Louisiana  Insurance  Company,  applying  for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 704673.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT  DISMISSED.**   This  writ  application  is  dismissed
pursuant to relator's correspondence advising that this matter
has been compromised and settled and this writ application is
now moot.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT